[361 N.C. 110 (2006)]

IN THE MATTER OF J.H.

No. 372A06

(Filed 15 December 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 177 N.C. App. 776, 630 S.E.2d 457 (2006), reversing in part and remanding a juvenile disposition and commitment order entered 22 February 2005 by Judge Charles W. Wilkinson, Jr. in District Court, Granville County. Heard in the Supreme Court 20 November 2006.

*Roy Cooper, Attorney General, by Donna D. Smith, Assistant Attorney General, for the State.*

*Kevin P. Bradley for juvenile-appellant.*

PER CURIAM.

AFFIRMED.